# EXHIBIT 1

S125322

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re JOSE GUZMAN on Habeas Corpus

Petition for writ of habeas corpus is DENIED. (See *People v. Duvall* (1995) 9 Cal.4th 464.)

SUPREME COURT
FILED

MAR 2 3 2005

Frederick K. Ohlrich Clerk

DEPUTY

Chief Justice

# CALIFORNIA APPELLATE COURTS
## Case Information



- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

**Supreme Court**

Change court

Court data last updated: 10/02/2007 01:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Docket (Register of Actions)

**GUZMAN (JOSE) ON H.C.**
**Case Number S125322**

| Date | Description | Notes |
|---|---|---|
| 06/04/2004 | Petition for writ of habeas corpus filed | By petitioner in pro per |
| 03/23/2005 | Petition for writ of habeas corpus denied | (See People v. Duvall (1995) 9 Cal.4th 464.) |

**Click here** to request automatic e-mail notifications about this case.

© 2004 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Supreme Court

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

Change court

Court data last updated: 10/02/2007 01:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

**Lower Court**

GUZMAN (JOSE) ON H.C.
Case Number S125322

**No information found.**

Click here to request automatic e-mail notifications about this case.

©2004 Judicial Council of California