# EXHIBIT 3

S147764

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re JOSE GUZMAN on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *In re Clark* (1993) 5 Cal.4th 750; *In re Miller* (1941) 17 Cal.2d 734.)

SUPREME COURT
FILED

MAY - 9 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
Chief Justice

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

Change court

Court data last updated: 10/02/2007 01:53 PM

**Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court**

## Lower Court

GUZMAN (JOSE) ON H.C.
Case Number S147764

**No information found.**

**Click here** to request automatic e-mail notifications about this case.

C|C
home

©2004 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

C|C home

Change court

Court data last updated: 10/02/2007 01:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Case Summary

| | |
|---|---|
| **Supreme Court Case:** | S147764 |
| **Court of Appeal Case(s):** | no data found |
| **Case Caption:** | GUZMAN (JOSE) ON H.C. |
| **Case Category:** | Original Proceeding - Habeas |
| **Start Date:** | 11/02/2006 |
| **Case Status:** | closed |
| **Issues:** | none |
| **Disposition Date:** | 05/09/2007 |
| **Case Citation:** | none |

### Cross Referenced Cases

S147383 PEOPLE v. GUZMAN

**Click here** to request automatic e-mail notifications about this case.

© 2004 Judicial Council of California