EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
ELIZABETH S. KIM, State Bar No. 166599
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5715
 Fax: (415) 703-5843
 Email: Elizabeth.Kim@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GUZMAN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden<br><br>　　　　　　　Respondent. | C07-3052 SI (pr)<br><br>**REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>Judge:　The Honorable<br>　　　　　Susan Illston |

**REPLY**

Respondent moved to dismiss Guzman's habeas corpus petition on the ground that it was time-barred under the one-year statute of limitations. Specifically, Respondent argued that the petition was time-barred due to lack of statutory tolling between Petitioner's two rounds of state court filings. Alternatively, Respondent argued that Guzman's petition was time-barred because of the unreasonable delay between his state court filings, and that even with equitable tolling, his claims were still time-barred.

In his opposition, Petitioner sets forth no legal argument, nor factual allegations, as to why

his petition should not be dismissed as time-barred. Therefore, based on the arguments set forth in the motion to dismiss, Respondent respectfully requests a dismissal of the habeas petition.

## CONCLUSION

Because Petitioner's claims are time-barred even with equitable tolling of the limitations period, this Court should dismiss the petition with prejudice.

Dated: October 29, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

ELIZABETH S. KIM
Deputy Attorney General
Attorneys for Respondent

20111299.wpd
SF2007200610

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Jose Guzman v. Ben Curry**

Case No.:    **C07-3052 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 29, 2007, I served the attached

**REPLY TO OPPOSITION TO MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jose Guzman
E-53800
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 29, 2007**, at San Francisco, California.

| M. Xiang | _/s/_ |
|---|---|
| Declarant | Signature |

20111353.wpd